**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Eugene McGill, ) | No. CV-07-2018-PHX-GMS (JRI) |
| Petitioner, ) | **ORDER** |
| v. ) | |
| Laura Schweitzer, et al., ) | |
| Respondents. ) | |

Pending before the Court are Petitioner's petition for writ of habeas corpus/civil rights complaint and United States Magistrate Judge Irwin's Report and Recommendation ("R&R"). (Dkt. ## 1 & 26). The R&R recommends that the Court **dismiss with prejudice** the petition because Petitioner is not entitled to relief from the statute of limitations, and his petition is therefore untimely. Dkt. # 26 at 10. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 10 (citing Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make

1  a de novo determination . . . of any portion of the magistrate judge's disposition to which
2  specific written objection has been made[.]"). The Court has nonetheless reviewed the
3  R&R and finds that it is well-taken. The Court will accept the R&R and dismiss with
4  prejudice the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may
5  accept, reject, or modify, in whole or in part, the findings or recommendations made by
6  the magistrate"); Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Irwin's R&R (Dkt. #26) is **accepted**.

2. Petitioner's petition for writ of habeas corpus (Dkt. # 1) is **dismissed with prejudice**.

3. The Clerk of Court shall **terminate** this action.

DATED this 6th day of October, 2008.

G. Murray Snow
United States District Judge